STATE OF NEW JERSEY v. ANTHONY F. BINN.

June 27, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 443)

STATE OF NEW JERSEY v. MAURICE ROBINSON.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS BRAGDON.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF J.A.

June 27, 1986.

Petition for certification denied.